IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEODULO CAMPOS, a/k/a LUIS CAMPOS, on behalf of himself and all other similarly situated persons, known or unknown,<br><br>      Plaintiff,<br><br>      v.<br><br>EGGCETERA CAFÉ and DINO BASTAS, individually.<br><br>      Defendants. | Case 16-CV-05195<br><br>Judge Andrea R. Wood |

**AGREED ORDER**

This cause comes to be heard on Defendants' Motion for Approval of the Settlement Agreement and Release between Plaintiff TEODULO CAMPOS, a/k/a LUIS CAMPOS and EGGCETERA CAFÉ and DINO BASTAS. The Court having been fully advised, and the Court having reviewed and considered the Settlement Agreement and General Release, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered the arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement and General Release is fair, reasonable and adequate;

2. The Court hereby approves the Settlement Agreement and General Release and the terms set forth therein as being fair, reasonable, and adequate. The Settlement Agreement and General Release is the result of arm's length negotiations and provides relief to Plaintiff; and

3. Plaintiff's claims in this lawsuit against Defendants are dismissed, initially without prejudice. Plaintiff may move to reinstate to enforce the terms of the Settlement Agreement before January 1, 2017 in the event Defendants have not materially complied with the payment terms of the Settlement Agreement in this matter. If Plaintiff has not moved to reinstate to enforce the terms of the Settlement Agreement before January 1, 2017, said dismissal

shall automatically convert to with prejudice on January 1, 2017, and with each party to bear its own costs subject to the terms of the Settlement Agreement and Release.

ENTERED:

Dated: September 28, 2016

_____

Andrea R. Wood
United States District Judge